FILED
08 JAN 10 AM 10: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARON BADILLO, | C 06-0072 WHA (PR) |
| Plaintiff, | [PROPOSED] ORDER STAYING DISCOVERY |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, former warden JILL BROWN; Lieutenant RODRIGUEZ; Sergeant D. FOOTMAN; Correctional Officer FITTS; and Correctional Officer GUTHRIE, | |
| Defendants. | |

Defendants J. Guthrie and L. Rodriguez (Defendants) have moved this Court for a protective order staying discovery pending the Court's decision on Defendants' motion for summary judgment, which is based, in part, on qualified immunity. After full consideration and good cause appearing,

IT IS ORDERED that Defendants' motion for a stay is granted. All discovery is stayed until the Court rules on the motion for summary judgment or otherwise orders that discovery may be taken.

Dated: 1-8-08

WILLIAM ALSUP
United States District Judge

[Proposed] Order Staying Disc.                              Badillo v. CDCR, et al.
                                                           Case No. C 06-0072 WHA (PR)

1